
# NYPD PETS — PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141(Rev. 11/09)



Invoice No. 3000168799

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| 84TH PCT. | | | | | **OPEN** |
| Invoice Date | Property Type | | | | Property Category |
| 01/15/2013 | CONTROLLED SUBSTANCE | | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | DT3 | VALENTIN, RUPERTO | | NBBN | OCME ID No. |
| Arresting | DT3 | NELSON, JENNYANN | | NBBN | OCME FB No. |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. N/A |
| CSI/ECT Processing | N/A | | | | CSI/ECT Run No. N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **HEROIN** <br> COLOR: TAN PACKAGED IN: GLASSINE ENVELOPE <br> FORM: POWDER <br> NARCOTIC IS: FIELD TESTED POSITIVE <br> BLUE STAMP UNDISTINGUISHABLE DESIGN. | 1201266807 -5371555 | 1 | |
| 2 | 1 | **ALLEGED HEROIN** <br> COLOR: TAN PACKAGED IN: GLASSINE ENVELOPE <br> FORM: POWDER | 1201266807 -5371555 | 1 | |

**REMARKS:**
927620 01/15/2013 23:33 : ABOVE PROPERTY VOUCHERED AS ARREST EVIDENCE.

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 01/15/2013 | 220.39/CSCS 3 | FELONY | N/A | **REFUSED** |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | N° SID No. |
|---|---|---|---|---|---|
| 1 LOWE, MARVIN | | 57 | 237 SANDS STREET, 7D, BROOKLYN, NY | K13604698 | 0-1106269Y |
| 2 COVINGTON, VERNON | 05/17/1968 | 44 | 99 NORTH PORTLAND AVENUE, 1D, BROOKLYN, NY | K13604704 | |

| | Name | Tax No. | Address | Phone No. |
|---|---|---|---|---|
| Finder(s) | UCPO #0234; UCPO #C0234 | | | |
| Owner(s) | LOWE, MARVIN | | 237 SANDS STREET, 7D, BROOKLYN, NY | |
| Complainant(s) | PSNY | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | 3000168801 |

Invoice No. 3000168799

Arresting Officer Copy
printed: 01/15/2013 23:53

PCD Storage No. --
Page No. 1 of 2

NYC 9




# NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141 (Rev. 11/09)

Invoice No. 3000168799

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | VALENTIN, RUPERTO | | NBBN | 01/15/2013 | 23:24 |
| Invoicing Officer | DT3 | VALENTIN, RUPERTO | | NBBN | 01/15/2013 | 23:35 |
| Approved By | SGT | GIOVINGO, CARLO | | OCCB | 01/15/2013 | 23:53 |

Invoice No. 3000168799

**Arresting Officer Copy**
printed: 01/15/2013 23:53

PCD Storage No. —

Page No. 2 of 2

**NYC 10**